UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**UNITED STATES**     **JURY VERDICT FORM**

**V.**     **08-CR-6264**

**LAMAR RICHARDSON**

---

**1.   COUNT ONE**

**AS TO DEFENDANT LAMAR RICHARDSON**

How do you find as to defendant, Lamar Richardson, on Count One?

GUILTY __X__     NOT GUILTY _____

If you find the defendant, Lamar Richardson, guilty, of Count One, proceed to parts "a", "b," and "c."

a)   We the jury find that the allegation that defendant Lamar Richardson, conspired to possess cocaine base with intent to distribute is:

PROVEN __X__     NOT PROVEN _____

b)   We the jury find that the allegation that defendant, Lamar Richardson, conspired to distribute cocaine base is:

PROVEN __X__     NOT PROVEN _____

c)   We the jury find that the allegation that defendant, Lamar Richardson, conspired to use and maintain a premises for the purpose of manufacturing, distributing, and using cocaine base is:

PROVEN __X__     NOT PROVEN _____

2.  **COUNT TWO**

How do you find as to defendant, Lamar Richardson, on Count Two?

        GUILTY \_\_\_\_\_        NOT GUILTY  X

3.  **COUNT THREE**

How do you find as to defendant, Lamar Richardson, on Count Three?

        GUILTY  X        NOT GUILTY \_\_\_\_\_

4.  **COUNT FOUR**

a)  How do you find as to defendant, Lamar Richardson, on Count Four, alleging that he possessed a firearm in furtherance of a drug trafficking crime?

        GUILTY  X        NOT GUILTY \_\_\_\_

If you find the defendant, Lamar Richardson guilty, of possessing a firearm in furtherance of a drug trafficking crime proceed to part "a1."

a1) We the jury find that the allegation that defendant, Lamar Richardson possessed a firearm in furtherance of a drug trafficking crime by brandishing it is:

        PROVEN  X        NOT PROVEN \_\_\_\_\_

b)  How do you find as to defendant, Lamar Richardson, on Count Four, alleging that he used a firearm during and in relation to a drug trafficking crime?

        GUILTY  X        NOT GUILTY \_\_\_\_

If you find the defendant, Lamar Richardson guilty, of using a firearm during and in relation to a drug trafficking crime proceed to part "b1."

b1) We the jury find that the allegation that defendant, Lamar Richardson used a firearm during and in relation to a drug trafficking crime by brandishing it is:

PROVEN __X__    NOT PROVEN _____

**STOP AND REPORT YOUR VERDICT**

I CERTIFY THE ABOVE VERDICT TO BE TRUE AND ACCURATE.

Dated: August 6, 2010          <u>**FOREPERSON NAME REDACTED**</u>