Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Western District of New York

Caption:

United States of America v.

Lamar Richardson

Docket No.: 6:08-cr-06264

Charles Siragusa
(District Court Judge)

Notice is hereby given that __Lamar Richardson__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify) entered in this action on __December 15, 2010__ (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ] trial [✓] N/A [ ].

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: __December 10, 2010__   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ]   If yes, provide the following information:

Defendant's Counsel: Maurice J. Verrillo, Esq.

Counsel's Address: One E. Main Street, Suite 700

Rochester, New York 14614

Counsel's Phone: 585-232-2640

Assistant U.S. Attorney: Charles Moynihan, Esq.

AUSA's Address: 100 State Street

Rochester, New York 14614

AUSA's Phone: 585-263-6760